FREIDA MEILI GAILER, Appellant, v. JOHN GAILER, as Executor, etc., of

* See 41 U. S. Stat. at Large, 461, § 206; Pres. Proc. March 11, 1920, May 14, 1920, March 26, 1921, 41 id. 1789, 1793, 1794, and 42 id. ——.— [REP.

FERDINAND GAILER, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.